IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT E. MORLEY, JR., et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:14-cv-00172 -SNLJ |
| | ) | |
| **SQUARE, INC., et al.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| **SQUARE, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-02243-SNLJ |
| | ) | **CONSOLIDATED** |
| | ) | |
| **REM HOLDINGS 3, LLC,** | ) | |
| | ) | |
| Defendant. | | |

**PLAINTIFFS' MOTION REQUESTING THE COURT TO ORDER DEFENSE COUNSEL TO ADHERE TO STANDARDS OF PROFESSIONAL CONDUCT AND TO CEASE VEXATIOUS LITIGATION CONDUCT**

For the reasons stated in the accompanying memorandum of law, Plaintiffs Robert E. Morley, Jr. and REM Holdings 3, LLC's (collectively "Plaintiffs" or "Dr. Morley") request the Court order counsel for Defendants Square, Inc., Jack Dorsey, and James McKelvey, Jr. (collectively "Defendants" or "Square") to adhere to standards of professional conduct and to cease vexatious litigation conduct.  Following many efforts to resolve this issue without Court intervention, Plaintiffs now seek the Court's assistance.

1

DATED:  August 16, 2015                             Respectfully submitted,

**CALDWELL CASSADY & CURRY**

*/s/ John Austin Curry*
Bradley W. Caldwell #24040630T
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady #24045625T
Email:  jcassady@caldwellcc.com
John Austin Curry #24059636T
Email:  acurry@caldwellcc.com
**CALDWELL CASSADY & CURRY**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

David B.B. Helfrey, #35911 MO
Email: dhelfrey@sandbergphoenix.com
**SANDBERG PHOENIX & VON GONTARD**
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
Telephone: (314) 231-3332
Facsimile: (314) 241-7604

William B. Cunningham, #20998 MO
Email:wcunningham@PolsterLieder.com
McPherson D. Moore, #26056 MO
Email: mmoore@PolsterLieder.com
**POLSTER LIEDER WOODRUFF & LUCCHESI, L.C.**
12412 Powerscourt Dr., Suite 200
St. Louis, MO 63131
Telephone: (314)238-2400
Facsimile: (314)238-2401

**ATTORNEYS FOR PLAINTIFFS ROBERT E. MORLEY, JR. AND REM HOLDINGS 3, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 16, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ John Austin Curry*
Austin Curry
