UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. MORLEY, JR., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10cv2243 SNLJ |
| | ) | |
| SQUARE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| and | | |
| | ) | |
| SQUARE, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REM HOLDINGS 3, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Conference call held this day with Court and counsel for all parties participating.

By agreement of counsel, parties shall submit to the court:

1) a summary of the status of all patents in question  --   within seven days;

2) a status report on the cross motions to compel (#s 141, 150) regarding Morley plaintiffs' trade secret allegations and related issues  --  within seven days; and

3)  a status report on the Morley plaintiffs' motion to compel (#168) and the extent to which the stipulation (#181) filed moots the controversy  --  within 14 days.

In addition, this Court's referral of the case to mediation is extended from September 18, 2015 to **November 18, 2015**.

**SO ORDERED** this 11th day of September, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE