# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT E. MORLEY, JR., et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:14cv172 |
| | ) | Case No. 4:10cv2243 SNLJ |
| | ) | CONSOLIDATED |
| **SQUARE, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| and | | |
| | ) | |
| **SQUARE, INC., et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **REM HOLDINGS 3, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANTS' *IN CAMERA* SUBMISSION

This matter is before the Court on the Square defendants' *in camera* submission of documents. Those documents were hand delivered to chambers on November 13, 2015.

Each of the 25 documents was originally withheld pursuant to the attorney-client privilege and listed on a privilege log. The Court holds that all but six of those documents

1

were properly withheld.   The following six documents shall be produced to plaintiffs with the indicated restrictions no later than November 23, 2015:

Bates PL000767, with attorney-client communications history redacted.

Bates PL000768, with attorney-client communications history redacted.

Bates PL000860 & PL000875 (duplicates), unless the "Anna P." referred to in the e-mail is an attorney.   If "Anna P." is not an attorney, then the e-mail should be produced with the "Sat., Oct. 24, 2009 at 4:01 PM, Jack Dorsey" e-mail and all attorney-client communications redacted.   If "Anna P." is an attorney, then PL000860 & PL000875 should not be produced.

Bates PL000861 & PL000868 (duplicates).   These are a continuation of PL000860/PL000875, so the history of the PL000861 & PL000868 e-mail chain should be treated the same as indicated above for PL000860/PL000875.

Should defendants seek amendment or reconsideration of this Order, defendants may file such a motion no later than November 20, 2015.

**IT IS SO ORDERED.**


Dated this   18th   day of November, 2015.


_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE