**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **ROBERT E. MORLEY, JR., et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Case No. 4:14cv172** |
| ) | **Case No. 4:10cv2243 SNLJ** |
| ) | **CONSOLIDATED** |
| **SQUARE, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| | |
| **and** | |
| ) | |
| **SQUARE, INC., et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **REM HOLDINGS 3, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

The Court granted in part and denied in part defendants' motion to strike plaintiffs'

November 25, 2015 supplemental responses to defendants' Interrogatory No. 5 (#283) on

February 1, 2016 (#306).   Because defendants required more time for discovery regarding

plaintiffs' amended Trade Secret #2, this Court permitted defendants to suggest a revised

discovery and summary judgment briefing schedule as to Trade Secret #2.   Defendants

1

did so, but plaintiffs --- concerned about delaying the case further --- withdrew their amendment to Trade Secret #2, rendering defendants' need for discovery moot. The Court agrees that plaintiffs' withdrawal of their amendment to Trade Secret #2 renders the need for discovery or a revised briefing schedule moot.

Accordingly,

IT IS HEREBY ORDERED that this Court's order dated February 2, 2016 is WITHDRAWN as moot.

Dated this __10th__ day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE